## Pfromm's Estate

Before Van Dusen, P. J., Stearne, Sinkler, Klein, Bol-
ger, and Ladner, JJ.

108

*Beitler, Burns & Rosenberger,* for exceptants.
*Frank R. Buchanan* and *William M. Buchanan,* contra.

PER CURIAM, December 20, 1940.—The exceptions are dismissed and the adjudication is confirmed absolutely for the reasons given by the learned auditing judge.